ACCEPTED
06-14-00101-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/28/2015 4:38:05 PM
DEBBIE AUTREY
CLERK

## CASE NO. 06-14-00101-CV

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/28/2015 4:38:05 PM
DEBBIE AUTREY
Clerk

**IN THE
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS**

*IN THE MATTER OF THE MARRIAGE OF EMMA RUTH VINSON AND BEN ANDREW VINSON, SR.*

## MOTION TO ALLOW SUPPLEMENTATION OF BRIEF UPON COMPLETION OF APPELLATE RECORD

**JOE SHUMATE
State Bar No. 18327500
107 North Main Street
P. O. Box 1915
Henderson, Texas 75653-1915
(903) 657-1416
(903) 655-8211
Attorney for Appellant, Ben Andrew Vinson**

## SECOND MOTION TO ALLOW SUPPLEMENTATION OF BRIEF UPON COMPLETION OF APPELLATE RECORD

**TO THE HONORABLE COURT:**

COMES NOW Ben Andrew Vinson, Appellant in the above-styled and numbered cause, by and through his attorney of record, and files this his Second Motion to Allow Supplementation of Brief Upon Completion of Appellate Record, and in support of same would respectfully show unto the Court as follows:

1.  The time for filing the Brief on Appeal in this case is the 6th day of May, 2015. Appellant filed his brief on May 6, 2015 along with his first Motion to Allow Supplemental Briefing.

2.  Appellant's first Motion to Allow Supplemental Briefing was rejected as premature owing the fact that the appellate record remained incomplete.

3.  The appellate record was incomplete in two respects: a) pleadings upon which the judgment of the trial court was rendered were not included in the Clerk's Record, and b) no transcription of the hearing on April 21, 2014– the first part of the trial of the cause– was included in the Court Reporter's Record.

4.  Following submission of his original brief and motion to allow supplementation, Appellant diligently pursued completion of the appellate record by requesting supplementation of the pleadings to be included in the record from the Court Clerk and requesting a transcription of the April 21, 2014 hearing from the Court Reporter.

5.  The County Clerk supplemented the Clerk's Record on or about June 6, 2015.

6.  The Court Reporter supplemented the Reporter's Record on or about July 21, 2015.

7.  Although Appellant was able to complete his original brief based upon the then available record, the additional pleadings and transcription bear upon substantive issues raised in Appellant's brief and Appellee's response, to-wit: the premarital agreement which underlies the division of the parties' property in this divorce was a part of the evidence admitted at the previously missing April 21, 2014 hearing, and the testimony and representations relating to the purported agreement or stipulation as to the division of Appellant's 401(k) are contained in the transcription of the previously missing April 21, 2014 hearing.

8.  It is believed that the supplementation requested herein will be minimal– being primarily aimed at ensuring proper citation to the completed appellate record– and that it is necessary

to identify and correct the alleged substance of any stipulations, agreements, and rulings made by the trial court at the hearing on April 21, 2014. Matters which have been placed into controversy by Appellee's response.

9. The instant motion is presented not for delay, but so that justice may be done.

10. The attached affidavit of Joe Shumate for Appellant herein, is offered in support of this motion.

WHEREFORE, Appellants request that:

1. The Clerk of this Court give notice of this motion to Appellee, by and through her attorney of record;

2. This Court grant Appellant's motion;

3. This Court extend the time for amending or supplementing Appellant's Brief until August 21, 2015, or fourteen (14) days following the granting of this motion, whichever is greater.

Respectfully submitted,

LAW OFFICE OF JOE SHUMATE

BY_____
Joe Shumate
State Bar No. 18327500
107 North Main Street
P. O. Box 1915
Henderson, Texas 75653-1915
(903) 657-1416
(903) 655-8211
Attorney for Appellant

**Certificate of Service**

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on July 28, 2015.

_____
Joe Shumate

**AFFIDAVIT**

**STATE OF TEXAS**          §
                            §
**COUNTY OF RUSK**          §

On this day personally appeared Joe Shumate, who after being by me first duly sworn, did depose and state that the facts and allegations set out in the above and foregoing Second Motion to Allow Supplementation of Brief Upon Completion of Appellate Record are within his personal knowledge and belief and are true and correct.

_____
Joe Shumate

SUBSCRIBED AND SWORN TO BEFORE ME this the 28th day of July, 2015 by Joe Shumate, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

-5-